**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Noel Roman GIMENO, Defendant–**
**Appellant.**

**No. 08–10470.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Gimeno's pro se request for counsel, received in this court on May 8, 2009, is deemed filed and is denied.

Counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

Peter Stuart Levitt, Esquire, Assistant U.S., Pamela A. Martin, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

MEMORANDUM \*\*

Noel Roman Gimeno appeals from the district court's denial of his motion to reduce his 140–month sentence under 18 U.S.C. § 3582(c)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gimeno's counsel has

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.